**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

KYLAND CORPORATION, a Colorado corporation,

    Plaintiff,

v.

KYLAND-USA, LLC, a Missouri limited liability company,

    Defendant.

---

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

---

Plaintiff Kyland Corporation, by and through its attorneys, Fairfield and Woods, P.C., pursuant to Federal Rule of Civil Procedure 7.1, submits the following Corporate Disclosure Statement:

Plaintiff Kyland Corporation is a Colorado corporation, and its parent corporation is Kyland Technology Co., Ltd., which is a Chinese limited partnership. No publicly traded corporation owns 10% or more of Plaintiff Kyland Corporation's stock.

Respectfully submitted this 7th day of October, 2015.

    FAIRFIELD AND WOODS, P.C.

    By:    *s/ Kieran A. Lasater*
            Kieran A. Lasater
            1801 California Street, Suite 2600
            Denver, CO 80202
            Telephone:  (303) 830-2400
            Facsimile:  (303) 830-1033

    ATTORNEYS FOR PLAINTIFF KYLAND CORPORATION