# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02224-WJM-KMT

KYLAND TECHNOLOGY CO., LTD., a Chinese limited partnership;

KYLAND CORPORATION, a Colorado corporation,

Plaintiffs and Counter-Defendants,

v.

KYLAND-USA, LLC, a Missouri limited liability company,

Defendant and Counter-Plaintiff.

## STIPULATION FOR ENTRY OF ORDER REGARDING SETTLEMENT

The parties hereto, through their undersigned counsel, stipulate to the terms of settlement as follows, and request that the Court enter an order setting forth the following terms as an order of the Court:

1.  The Defendant is to relinquish and completely abandon use of the Kyland name and should not represent itself as a sales agent for Kyland and cannot list itself as a manufacturer, representative, and/or sell any products marked with Kyland's name, including the Sicom 3170, and will make such transition to relinquish and completely abandon use of the Kyland name no later than April 30 2017.  Defendant's use of "kyland" as metatags in search engines or similar use is not a prohibited use.

2.  Defendant will not be required to abandon or restrict the marketing of its product referenced as the KY3170.

3. Neither party is prohibited from the marketing or sales of its own manufactured product referenced as their "3170" anywhere in the world, including North America.

4. Each party is to be responsible for their own costs and attorney fees and expenses.

5. Both parties grant mutual releases for each party's respective predecessors, successors, assigns, parent entities, subsidiaries and affiliates as well as their respective past and present directors, officers, partners, members, employees, servants, agents, and attorneys for conduct up to the date of entry of a court order entering these terms.

6. The parties agree that these terms of settlement shall be entered as an order of the Court. Upon such entry, and within twenty four hours, each party will dismiss its respective claims and counterclaims *with prejudice.*

Dated: February 7, 2017

| Kyland Technology Co., Ltd., and Kyland Corporation, | Kyland-USA, LLC |
|---|---|
| By its attorneys, | By its attorneys, |
| s/ Leodis C. Matthews | s/ Gayle L. Strong |
| Dick P. Sindicich | Gayle L. Strong |
| Leodis C. Matthews | Amy L. Kramer |
| ZHONG LUN LAW FIRM LLP<br>4322 Wilshire Boulevard, Suite 200<br>Los Angeles, CA  90010-3792<br>Telephone: 323.930.5690<br>Facsimile:  3233930.5693<br>Email: DickSindicich@ZhongLun.com<br>Email: LeodisMatthews@ZhongLun.com | GREENBERG TRAURIG, LLP<br>1200 17th Street, Suite 2400<br>Denver, CO 80202<br>Telephone: (303) 572-6500<br>Facsimile: (303) 572-6540<br>Email: strongg@gtlaw.com<br>Email: kramera@gtlaw.com |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT KYLAND-USA, LLC |

## CERTIFICATE OF SERVICE

I certify that on February 7, 2017, I filed a true and correct copy of the foregoing using the Court's CM/ECF electronic filing system which will serve the same upon all counsel of record.

*/s/ Peonie Chen*